# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D2022-3364
1D2022-3366
1D2022-3367
1D2022-3368
1D2022-3369
1D2022-3370
1D2022-3372
1D2022-3373

_____

TIMBERLINE CONSTRUCTION
GROUP, LLC,

    Appellant,

    v.

DEPARTMENT OF COMMERCE,

    Appellee.

_____

On appeal from the Department of Economic Opportunity.
Erik Sayler, Assistant General Counsel.

July 24, 2024

PER CURIAM.

Timberline Construction Group, LLC, appeals the Department's final orders dismissing Timberline's petitions for administrative hearings with prejudice because of untimely filings. Timberline does not challenge the Department's determination that the petitions were untimely, instead arguing

in opposition to the Department's underlying decisions that led to Timberline filing the petitions. Because Timberline does not argue or establish any ground to set aside the Department's final orders under section 120.68(7), Florida Statutes, the final agency action in each case is

AFFIRMED.

B.L. THOMAS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Amy Schrader and Maia Fleischman of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., Birmingham, AL, for Appellant.

Ryan Bourgoin, Deputy General Counsel, and Karen Gates, Department of Economic Opportunity, Tallahassee, for Appellee.